UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| William O. Evans, Jr., as Trustee for the Heirs and Next-of-Kin for Benjamin Evans, | Civil Action number: |
| Plaintiff | **EXHIBIT INDEX** |
| vs. | |
| Brian Jeffery Krook, individually and in his official capacity as a Deputy for Washington County Sheriff's Office; | |
| Michelle Folendorf, individually and in her official capacity as a Sergeant for Washington County Sheriff's Office; | |
| Joshua John Ramirez, individually and in his official capacity as a Deputy for Washington County Sheriff's Office; | |
| Michael Ramos, individually and in his official capacity as a Deputy for Washington County Sheriff's Office; | |
| Dan Starry, individually and in his official capacity as Washington County Sheriff and policymaker; | |
| Washington County as a political subdivision of the State of Minnesota. | |
| Defendants | |

Exhibit A:

Excerpts from State of MN v. Brian Jeffery Krook, Transcript of Grand Jury Proceedings

Exhibit B:

Excerpts from State of MN v. Brian Jeffery Krook Transcript of Proceedings- Jury Trial