## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| William O. Evans, Jr., as Trustee for the Heirs and Next-of-kin for Benjamin Evans,<br><br>           Plaintiff,<br>v.<br><br>Brian Jeffrey Krook, et al.,<br><br>           Defendants. | Case No. 20-cv-2474 (MJD-ECW)<br><br>**STATEMENT OF NO REDACTION** |

The following exhibits to the Affidavit of Vicki A. Hruby (ECF No. 24) have been filed under seal in accordance with Local Rule 5.6(d):

    **Exhibit 20 –** Expense Statements 1

    **Exhibit 21 –** Expense Statement 2

    **Exhibit 29 –** Krook Expungement Order

Dated: 10/29/21                              **JARDINE, LOGAN & O'BRIEN, P.L.L.P.**

                                              By: *s/ Vicki A. Hruby*
                                              Joseph E. Flynn, #0165712
                                              Vicki A. Hruby, # 0391163
                                              8519 Eagle Point Boulevard, Suite 100
                                              Lake Elmo, MN 55042-8624
                                              Telephone: (651) 290-6500
                                              Facsimile: (651) 223-5070
                                              jflynn@jlolaw.com
                                              vhruby@jlolaw.com

                                              ***Attorneys for Defendants***