UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

|  |  |
|---|---|
| William O. Evans, Jr., as Trustee for the Heirs and Next-of-kin for Benjamin Evans,<br><br>                    Plaintiff,<br><br>v.<br><br>Brian Jeffrey Krook, et al.,<br><br>                    Defendants. | Case No.  20-cv-2474 (MJD-ECW)<br><br>**PLACEHOLDER FOR EXHIBIT 10 TO AFFIDAVIT OF HRUBY** |

This document is a Placeholder for the following item which is being filed in conventional or physical form with the Clerk's Office.

**EXHIBIT 10- 9.2.21 VOICE MAIL MESSAGE FROM ATTORNEY HADDON**
(See 9.2.21 email attached hereto evidencing date voice mail sent)

This filing was not e-filed for the following reason(s):

☐ Voluminous Document (The document number of the order granting leave to file a voluminous document conventionally is required): *Enter Doc. #*

☐ Physical Object (description): *Enter Description*

☒ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media: CD of Voice Mail Message.

☐ Other (description): *Enter Description*

File this Placeholder in ECF in place of the item filed conventionally. File a copy of this Placeholder and a copy of the NEF with the Clerk's Office along with the conventionally filed item.

| | |
|---|---|
| **From:** | Joseph Flynn |
| **Sent:** | Thursday, September 2, 2021 2:29 PM |
| **To:** | Deanne Wavra |
| **Subject:** | FW: Message from SANDBERG LAWFIR |
| **Attachments:** | Voice.WAV |

-----Original Message-----
From: Vicki Hruby <VHruby@jlolaw.com>
Sent: Thursday, September 2, 2021 2:21 PM
To: Joseph Flynn <JFlynn@jlolaw.com>; Deanne Wavra <DWavra@jlolaw.com>
Cc: Nancy Hendrickson <NHendrickson@jlolaw.com>
Subject: FW: Message from SANDBERG LAWFIR

See Plaintiff's voicemail on Plaintiff's document production and request to schedule County depositions.

-----Original Message-----
From: jlolaw voice mail <aimworx@jlolaw.com>
Sent: Thursday, September 2, 2021 9:19 AM
To: Vicki Hruby <VHruby@jlolaw.com>
Subject: Message from SANDBERG LAWFIR

Hello Hruby, Vicki,

You have received a new forwarded Voice message from SANDBERG LAWFIR (5072823521) on September 2, 2021  2:16 PM. To retrieve your message go to http://10.0.0.105/mm/messages.php?rssMessageID=38420.

Sent by Unified Messaging System to 411