UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| William O. Evans, Jr., as Trustee for the Heirs and Next-of-Kin for Benjamin Evans, Plaintiff | Case No: 0:20-cv-02474 MJD/ECW  **STATEMENT OF NO REDACTION** |
| vs. | |
| Brian Jeffery Krook, et al., | |
| Defendants | |

The following exhibit to the Affidavit of Elham Haddon (ECF No. 63) has been filed under seal in accordance with Local Rule 5.6(d):

**Exhibit 9- Krook Expungement Order**

Dated: November 17, 2021                  **SANDBERG LAW FIRM**

By: *s/Elham B. Haddon*
Peter C. Sandberg, #095515
Elham B. Haddon, #0398698
Attorney for Plaintiff

4057 28th St. NW Suite 300
Rochester, MN 55901
Phone: (507) 282-3521
Fax: (507) 282-3532
psandberg@sandberg-law.com
ehaddon@sandberg-law.com