

Peter C. Sandberg
Attorney at Law
psandberg@sandberg-law.com

Elham B. Haddon
Attorney at Law
ehaddon@sandberg-law.com

January 12, 2022

Joseph E. Flynn
Vicki A. Hruby
Jardine Logan & O'Brien
8519 Eagle Point Boulevard, Suite 100
Lake Elmo, MN 55042
Jflynn@jlolaw.com
vhruby@jlolaw.com

RE: William Evans, Jr., as Trustee for the Heirs and Next-of-Kin of Benjamin Evans v. Brian Krook, et. al.
Case No: 20-cv-2474-MJD-ECW
Our File No.: 2-7048

Dear Counsel:

Enclosed and served upon you are the following:

    Plaintiff's Supplemental Rule 26 Disclosures
    Plaintiff's Supplemental Answers to Interrogatories
    Plaintiff's Third Supplemental Answers to Requests for Documents from Defendants

Thank you for your attention to this matter.

Sincerely,

*EBHaddon.*

Elham B. Haddon
Attorney at Law

EBH/egbh

enclosures

AFFIDAVIT OF SERVICE

Court File No: 20-cv-02474 MJD/ECW

UNITED STATES DISTRICT COURT
DISTRICT OF MN

Emily B. Haddon, employed by the law offices of Sandberg Law Firm., 4057 28th Street N.W., Suite #300 of the City of Rochester, County of Olmsted, in the State of Minnesota, being duly sworn, says that on January 12, 2022, she served the annexed:

Plaintiff's Supplemental Rule 26 Disclosures
Plaintiff's Supplemental Answers to Interrogatories
Plaintiff's Third Supplemental Answers to Requests for Documents from Defendants

upon the following attorneys of record in this action, by e-mailing <u>and</u> mailing them a copy thereof:

Joseph E. Flynn
Vicki A. Hruby
Jardine Logan and O'Brien PLLP
Suite 100
8519 Eagle Point Blvd
Lake Elmo MN 55042
jflynn@jolaw.com
vhruby@jlolaw.com

Dated: January 12, 2022

_Emily Boushan Haddon_
Emily B. Haddon

Subscribed and sworn to before me
on January 12, 2022

_EBHaddon_
Notary Public

ELHAM B HADDON
NOTARY PUBLIC
MINNESOTA
My Commission Expires Jan. 31, 2022

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| William O. Evans, Jr., as Trustee for the Heirs and Next-of-Kin for Benjamin Evans,<br><br>Plaintiff<br><br>vs.<br><br>Brian Jeffery Krook, individually and in his official capacity as a Deputy for Washington County Sheriff's Office;<br><br>Michelle Folendorf, individually and in her official capacity as a Sergeant for Washington County Sheriff's Office;<br><br>Joshua John Ramirez, individually and in his official capacity as a Deputy for Washington County Sheriff's Office;<br><br>Michael Ramos, individually and in his official capacity as a Deputy for Washington County Sheriff's Office;<br><br>Dan Starry, individually and in his official capacity as Washington County Sheriff and policymaker;<br><br>Washington County as a political subdivision of the State of Minnesota.<br><br>Defendants | Case No: 0:20-cv-02474 MJD/ECW<br><br>**PLAINTIFF'S THIRD SUPPLEMENTAL ANSWERS TO REQUEST FOR DOCUMENTS FROM DEFENDANTS** |

TO: All Defendants named above and their Attorney of record:

## REQUEST FOR DOCUMENTS

2.    Any and all documents referring to or relating in any way to any alleged improper conduct on behalf of Defendants.

    REPLY: See Rule 26 Disclosures.

    **Supplemental Answer: These documents were provided to Defendants with the BCA file. See also Plaintiff's Supplemental Answers to Request for Documents from Defendants, dated 9/3/2021 for supplemental documents from the Special Prosecutor 1 and 2.**

# EXHIBIT 4

3.  Any and all photographs, video, audio, charts, diagrams, maps, drawings, blueprints, models, computer simulations or enhancements or other visual representations of the scene of the subject incident, Plaintiff and/or Decedent's claimed injuries or damages or investigation of the subject incident.

   REPLY: See Rule 26 Disclosures.

   **Supplemental Answer: These documents were provided to Defendants with the BCA file. See also Plaintiff's Second Supplemental Answers to Requests for Documents from Defendants, dated 10/7/2021 for pictures and video of Benjamin Evans. Plaintiff did not obtain any from third parties.**

10. Copies of all notes, diaries, writings, or other written or recorded record Plaintiff prepared regarding the alleged incident which are the subject of Plaintiff's allegations against Defendants.

    REPLY: See Rule 26 Disclosure.

    **Supplemental Answer: Plaintiff objects to this request as overbroad to the extent it invades the attorney client privilege. Without waiving said objection, these documents were provided previously to Defendants. See also Plaintiff's Supplemental Answers to Request for Documents from Defendants, dated 9/3/2021 for copies of emails of Kim Porter's emails.**

11. Produce copies of all transcripts from high school and post-high school education/training including, but not limited to, copies of diplomas, degrees, certificates, and other credentials, past and present of Decedent (authorization attached).

    REPLY: See Rule 26 Disclosures.

    **Supplemental Answer: These documents were provided to Defendants along with signed authorizations.**

12. Executed Workers' Compensation Division authorization of Decedent (authorization attached).

    REPLY: See Rule 26 Disclosures.

    **Supplemental Answer: These documents were provided to Defendants along with signed authorizations.**

15. All documents from January 1, 2015 to April 12, 2018 relating to social media sites maintained by Decedent including, Decedent's Myspace.com or Facebook file/profile, Twitter, Instagram, etc. and also including, but not limited to, all blogs, videos, post bulletins, pictures, sent messages, received messages, and archival data.

    REPLY: See Rule 26 Disclosures.

**Supplemental Answer: These documents were provided to Defendants with the BCA file which included copies of Benjamin Evans' computer hard drive and his phone. Plaintiff also previously provided copies of his FB page.**

16. All documents from April 12, 2018 to the present relating to social media sites maintained by Decedent's trustee, heirs, next of kin, relatives, and family members, including their Myspace.com or Facebook file/profile, Twitter, etc. and also including, but not limited to, all blogs, videos, post bulletins, pictures, sent messages, received messages, and archival data in anyway referencing or relating to Decedent, the Defendants, Plaintiff's claimed injuries or damages, and the subject incident.

REPLY: Plaintiff objects to this request as being overly broad and vague, seeking information that is irrelevant, inadmissible, prejudicial and outside the scope of Rule 26 of the Federal Rules of Civil Procedure.

**Supplemental Answer: Magistrate Wright sustained this objection during the motion hearing on this matter on 12/2/2021.**

17. All documents received by Plaintiff in any format from any person (not Plaintiff's attorney) that relate to any allegations made by Plaintiff in this matter.

REPLY: See Rule 26 Disclosures.

**Supplemental Answer: These documents were previously provided to Defendants. See also Plaintiff's Supplemental Answers to Request for Documents from Defendants, dated 9/3/2021 for supplemental documents from the Special Prosecutor 1 and 2. See also Expert Report of Dr. Greenstone.**

19. Autopsy/Medical Examiner reports, photographs, notes, laboratory studies, and all other records in the possession of the Medical Examiner re: Decedent (medical authorization attached).

REPLY: See Rule 26 Disclosures.

**Supplemental Answer: These documents were provided to Defendants with the BCA file.**

20. Any and all documents evidencing phone calls made to or from the cell phone owned/used by Decedent on April 12, 2018.

REPLY: See Rule 26 Disclosures.

**Supplemental Answer: These documents were provided to Defendants with the BCA file which contained a copy of Benjamin Evans' cell phone.**

3

23. Any and all documents which Plaintiff claims relates in any manner to his claim for damages in this matter.

REPLY: See Rule 26 Disclosures.

**Supplemental Answer: These documents were provided to Defendants. See Plaintiff's Supplemental Answers to Requests for Documents from Defendants dated 9/3/21, Plaintiff's Second Supplemental Answers to Requests for Documents from Defendants, dated 10/7/2021 and US Bureau of Labor Statistics, Occupational Employment and Wages, May 2020, Physicians Assistants (provided with Plaintiff's Supplemental Answers to Interrogatories from Defendants, dated 11/2/2021). See also, National Vital Statistics Report, vol. 68, No. 7, June 24, 2019, p. 12-15, attached.**

25. All photographs, film, and/or video showing Decedent any time during the 12-month period preceding April 12, 2018.

REPLY: See Rule 26 Disclosures.

**Supplemental Answer: These documents were provided to Defendants. See also Plaintiff's Supplemental Answers to Requests for Documents from Defendants dated 9/3/21 and Plaintiff's Second Supplemental Answers to Requests for Documents from Defendants, dated 10/7/2021.**

26. All statements made by parties or nonparties concerning the above action or its subject matter. For the purpose of this request, a statement is (a) a written statement signed or otherwise adopted or approved by the person making it; or (b) a stenographic, mechanical, electrical or other recording, or a transcription thereof, which is substantially a verbatim recital of an oral statement by the person making it and contemporaneously recorded.

REPLY: See Rule 26 Disclosures.

**Supplemental Answer: These documents were provided to Defendants. See also Plaintiff's Supplemental Answers to Requests for Documents from Defendants dated 9/3/21 for documents received from the Special Prosecutor 1 and 2.**

27. Copies of all medical reports previously or hereafter made by any treating or examining medical expert, and written authority signed by the Plaintiff to permit the inspection of all hospital and other medical records concerning Decedent's physical, mental or blood condition. (Medical authorization attached.

REPLY: See Rule 26 Disclosures.

**Supplemental Answer: These documents were provided to Defendants along with signed authorizations.**

Dated: 1/1/22　　　　　　　　　　　SANDBERG LAW FIRM

　　　　　　　　　　　　　　　　　　/s/ EB Haddon
　　　　　　　　　　　　　　　　　　Elham B. Haddon
　　　　　　　　　　　　　　　　　　Registration No. 0398698
　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　4057 28th Street N.W., Suite #300
　　　　　　　　　　　　　　　　　　Rochester, Minnesota 55901
　　　　　　　　　　　　　　　　　　Telephone: (507) 282-3521

5

## Table 2. Life table for males: United States, 2017

*Spreadsheet version available from: https://ftp.cdc.gov/pub/Health_Statistics/NCHS/Publications/NVSR/68_07/Table02.xlsx.*

| Age (years) | Probability of dying between ages $x$ and $x+1$ $q_x$ | Number surviving to age $x$ $l_x$ | Number dying between ages $x$ and $x+1$ $d_x$ | Person-years lived between ages $x$ and $x+1$ $L_x$ | Total number of person-years lived above age $x$ $T_x$ | Expectation of life at age $x$ $e_x$ |
|---|---|---|---|---|---|---|
| 0–1  | 0.006302 | 100,000 | 630 | 99,449 | 7,610,075 | 76.1 |
| 1–2  | 0.000423 | 99,370 | 42 | 99,349 | 7,510,627 | 75.6 |
| 2–3  | 0.000287 | 99,328 | 29 | 99,313 | 7,411,278 | 74.6 |
| 3–4  | 0.000225 | 99,299 | 22 | 99,288 | 7,311,964 | 73.6 |
| 4–5  | 0.000158 | 99,277 | 16 | 99,269 | 7,212,676 | 72.7 |
| 5–6  | 0.000156 | 99,261 | 15 | 99,253 | 7,113,407 | 71.7 |
| 6–7  | 0.000138 | 99,246 | 14 | 99,239 | 7,014,154 | 70.7 |
| 7–8  | 0.000124 | 99,232 | 12 | 99,226 | 6,914,915 | 69.7 |
| 8–9  | 0.000110 | 99,220 | 11 | 99,214 | 6,815,689 | 68.7 |
| 9–10 | 0.000098 | 99,209 | 10 | 99,204 | 6,716,475 | 67.7 |
| 10–11 | 0.000094 | 99,199 | 9 | 99,194 | 6,617,271 | 66.7 |
| 11–12 | 0.000108 | 99,190 | 11 | 99,184 | 6,518,077 | 65.7 |
| 12–13 | 0.000152 | 99,179 | 15 | 99,171 | 6,418,893 | 64.7 |
| 13–14 | 0.000232 | 99,164 | 23 | 99,152 | 6,319,721 | 63.7 |
| 14–15 | 0.000341 | 99,141 | 34 | 99,124 | 6,220,569 | 62.7 |
| 15–16 | 0.000461 | 99,107 | 46 | 99,084 | 6,121,445 | 61.8 |
| 16–17 | 0.000584 | 99,061 | 58 | 99,032 | 6,022,360 | 60.8 |
| 17–18 | 0.000718 | 99,003 | 71 | 98,968 | 5,923,328 | 59.8 |
| 18–19 | 0.000859 | 98,932 | 85 | 98,890 | 5,824,360 | 58.9 |
| 19–20 | 0.001001 | 98,848 | 99 | 98,798 | 5,725,470 | 57.9 |
| 20–21 | 0.001147 | 98,749 | 113 | 98,692 | 5,626,672 | 57.0 |
| 21–22 | 0.001286 | 98,635 | 127 | 98,572 | 5,527,980 | 56.0 |
| 22–23 | 0.001403 | 98,508 | 138 | 98,439 | 5,429,408 | 55.1 |
| 23–24 | 0.001490 | 98,370 | 147 | 98,297 | 5,330,969 | 54.2 |
| 24–25 | 0.001554 | 98,224 | 153 | 98,147 | 5,232,672 | 53.3 |
| 25–26 | 0.001609 | 98,071 | 158 | 97,992 | 5,134,525 | 52.4 |
| 26–27 | 0.001664 | 97,913 | 163 | 97,832 | 5,036,533 | 51.4 |
| 27–28 | 0.001713 | 97,750 | 167 | 97,667 | 4,938,701 | 50.5 |
| 28–29 | 0.001762 | 97,583 | 172 | 97,497 | 4,841,034 | 49.6 |
| 29–30 | 0.001810 | 97,411 | 176 | 97,323 | 4,743,537 | 48.7 |
| 30–31 | 0.001859 | 97,235 | 181 | 97,144 | 4,646,215 | 47.8 |
| 31–32 | 0.001907 | 97,054 | 185 | 96,961 | 4,549,070 | 46.9 |
| 32–33 | 0.001959 | 96,869 | 190 | 96,774 | 4,452,109 | 46.0 |
| 33–34 | 0.002014 | 96,679 | 195 | 96,582 | 4,355,335 | 45.0 |
| 34–35 | 0.002072 | 96,484 | 200 | 96,384 | 4,258,754 | 44.1 |
| 35–36 | 0.002139 | 96,284 | 206 | 96,181 | 4,162,369 | 43.2 |
| 36–37 | 0.002211 | 96,078 | 212 | 95,972 | 4,066,188 | 42.3 |
| 37–38 | 0.002277 | 95,866 | 218 | 95,757 | 3,970,216 | 41.4 |
| 38–39 | 0.002333 | 95,648 | 223 | 95,536 | 3,874,459 | 40.5 |
| 39–40 | 0.002390 | 95,425 | 228 | 95,311 | 3,778,923 | 39.6 |
| 40–41 | 0.002463 | 95,196 | 234 | 95,079 | 3,683,612 | 38.7 |
| 41–42 | 0.002566 | 94,962 | 244 | 94,840 | 3,588,533 | 37.8 |
| 42–43 | 0.002701 | 94,718 | 256 | 94,591 | 3,493,693 | 36.9 |
| 43–44 | 0.002870 | 94,463 | 271 | 94,327 | 3,399,102 | 36.0 |
| 44–45 | 0.003066 | 94,192 | 289 | 94,047 | 3,304,775 | 35.1 |
| 45–46 | 0.003280 | 93,903 | 308 | 93,749 | 3,210,728 | 34.2 |
| 46–47 | 0.003520 | 93,595 | 329 | 93,430 | 3,116,979 | 33.3 |
| 47–48 | 0.003804 | 93,265 | 355 | 93,088 | 3,023,549 | 32.4 |
| 48–49 | 0.004146 | 92,910 | 385 | 92,718 | 2,930,462 | 31.5 |
| 49–50 | 0.004547 | 92,525 | 421 | 92,315 | 2,837,744 | 30.7 |
| 50–51 | 0.004978 | 92,105 | 459 | 91,875 | 2,745,429 | 29.8 |
| 51–52 | 0.005441 | 91,646 | 499 | 91,397 | 2,653,554 | 29.0 |
| 52–53 | 0.005965 | 91,147 | 544 | 90,876 | 2,562,157 | 28.1 |
| 53–54 | 0.006549 | 90,604 | 593 | 90,307 | 2,471,281 | 27.3 |
| 54–55 | 0.007170 | 90,010 | 645 | 89,688 | 2,380,974 | 26.5 |
| 55–56 | 0.007803 | 89,365 | 697 | 89,016 | 2,291,287 | 25.6 |
| 56–57 | 0.008445 | 88,668 | 749 | 88,293 | 2,202,270 | 24.8 |
| 57–58 | 0.009116 | 87,919 | 801 | 87,518 | 2,113,977 | 24.0 |
| 58–59 | 0.009838 | 87,117 | 857 | 86,689 | 2,026,459 | 23.3 |
| 59–60 | 0.010619 | 86,260 | 916 | 85,802 | 1,939,770 | 22.5 |
| 60–61 | 0.011470 | 85,344 | 979 | 84,855 | 1,853,967 | 21.7 |

## Table 2. Life table for males: United States, 2017—Con.

*Spreadsheet version available from: https://ftp.cdc.gov/pub/Health_Statistics/NCHS/Publications/NVSR/68_07/Table02.xlsx.*

| Age (years) | Probability of dying between ages $x$ and $x+1$ $q_x$ | Number surviving to age $x$ $l_x$ | Number dying between ages $x$ and $x+1$ $d_x$ | Person-years lived between ages $x$ and $x+1$ $L_x$ | Total number of person-years lived above age $x$ $T_x$ | Expectation of life at age $x$ $e_x$ |
|---|---|---|---|---|---|---|
| 61–62 | 0.012361 | 84,365 | 1,043 | 83,844 | 1,769,113 | 21.0 |
| 62–63 | 0.013260 | 83,323 | 1,105 | 82,770 | 1,685,269 | 20.2 |
| 63–64 | 0.014140 | 82,218 | 1,163 | 81,636 | 1,602,498 | 19.5 |
| 64–65 | 0.015019 | 81,055 | 1,217 | 80,446 | 1,520,862 | 18.8 |
| 65–66 | 0.015942 | 79,838 | 1,273 | 79,201 | 1,440,416 | 18.0 |
| 66–67 | 0.017026 | 78,565 | 1,338 | 77,896 | 1,361,214 | 17.3 |
| 67–68 | 0.018189 | 77,227 | 1,405 | 76,525 | 1,283,318 | 16.6 |
| 68–69 | 0.019483 | 75,823 | 1,477 | 75,084 | 1,206,793 | 15.9 |
| 69–70 | 0.020990 | 74,345 | 1,561 | 73,565 | 1,131,709 | 15.2 |
| 70–71 | 0.022448 | 72,785 | 1,634 | 71,968 | 1,058,144 | 14.5 |
| 71–72 | 0.024631 | 71,151 | 1,753 | 70,275 | 986,176 | 13.9 |
| 72–73 | 0.026570 | 69,399 | 1,844 | 68,477 | 915,901 | 13.2 |
| 73–74 | 0.029040 | 67,555 | 1,962 | 66,574 | 847,424 | 12.5 |
| 74–75 | 0.031539 | 65,593 | 2,069 | 64,558 | 780,851 | 11.9 |
| 75–76 | 0.034644 | 63,524 | 2,201 | 62,424 | 716,292 | 11.3 |
| 76–77 | 0.038148 | 61,323 | 2,339 | 60,154 | 653,869 | 10.7 |
| 77–78 | 0.042250 | 58,984 | 2,492 | 57,738 | 593,715 | 10.1 |
| 78–79 | 0.046522 | 56,492 | 2,628 | 55,178 | 535,977 | 9.5 |
| 79–80 | 0.051401 | 53,864 | 2,769 | 52,479 | 480,799 | 8.9 |
| 80–81 | 0.056783 | 51,095 | 2,901 | 49,644 | 428,320 | 8.4 |
| 81–82 | 0.062514 | 48,194 | 3,013 | 46,687 | 378,675 | 7.9 |
| 82–83 | 0.069452 | 45,181 | 3,138 | 43,612 | 331,988 | 7.3 |
| 83–84 | 0.077622 | 42,043 | 3,263 | 40,411 | 288,376 | 6.9 |
| 84–85 | 0.086155 | 38,780 | 3,341 | 37,109 | 247,965 | 6.4 |
| 85–86 | 0.095450 | 35,439 | 3,383 | 33,747 | 210,855 | 5.9 |
| 86–87 | 0.105788 | 32,056 | 3,391 | 30,360 | 177,108 | 5.5 |
| 87–88 | 0.118527 | 28,665 | 3,398 | 26,966 | 146,748 | 5.1 |
| 88–89 | 0.132437 | 25,267 | 3,346 | 23,594 | 119,782 | 4.7 |
| 89–90 | 0.147541 | 21,921 | 3,234 | 20,304 | 96,188 | 4.4 |
| 90–91 | 0.163839 | 18,687 | 3,062 | 17,156 | 75,884 | 4.1 |
| 91–92 | 0.181308 | 15,625 | 2,833 | 14,209 | 58,728 | 3.8 |
| 92–93 | 0.199900 | 12,792 | 2,557 | 11,514 | 44,519 | 3.5 |
| 93–94 | 0.219535 | 10,235 | 2,247 | 9,112 | 33,006 | 3.2 |
| 94–95 | 0.240108 | 7,988 | 1,918 | 7,029 | 23,894 | 3.0 |
| 95–96 | 0.261480 | 6,070 | 1,587 | 5,276 | 16,865 | 2.8 |
| 96–97 | 0.283491 | 4,483 | 1,271 | 3,847 | 11,589 | 2.6 |
| 97–98 | 0.305955 | 3,212 | 983 | 2,721 | 7,741 | 2.4 |
| 98–99 | 0.328673 | 2,229 | 733 | 1,863 | 5,021 | 2.3 |
| 99–100 | 0.351434 | 1,497 | 526 | 1,234 | 3,158 | 2.1 |
| 100 and over | 1.000000 | 971 | 971 | 1,924 | 1,924 | 2.0 |

SOURCE: NCHS, National Vital Statistics System, Mortality.

### Table 3. Life table for females: United States, 2017

*Spreadsheet version available from: https://ftp.cdc.gov/pub/Health_Statistics/NCHS/Publications/NVSR/68_07/Table03.xlsx.*

| Age (years) | Probability of dying between ages $x$ and $x+1$ $q_x$ | Number surviving to age $x$ $l_x$ | Number dying between ages $x$ and $x+1$ $d_x$ | Person-years lived between ages $x$ and $x+1$ $L_x$ | Total number of person-years lived above age $x$ $T_x$ | Expectation of life at age $x$ $e_x$ |
|---|---|---|---|---|---|---|
| 0–1 | 0.005226 | 100,000 | 523 | 99,541 | 8,110,475 | 81.1 |
| 1–2 | 0.000339 | 99,477 | 34 | 99,461 | 8,010,934 | 80.5 |
| 2–3 | 0.000208 | 99,444 | 21 | 99,433 | 7,911,474 | 79.6 |
| 3–4 | 0.000159 | 99,423 | 16 | 99,415 | 7,812,040 | 78.6 |
| 4–5 | 0.000139 | 99,407 | 14 | 99,400 | 7,712,625 | 77.6 |
| 5–6 | 0.000126 | 99,393 | 12 | 99,387 | 7,613,225 | 76.6 |
| 6–7 | 0.000113 | 99,381 | 11 | 99,375 | 7,513,838 | 75.6 |
| 7–8 | 0.000104 | 99,370 | 10 | 99,365 | 7,414,463 | 74.6 |
| 8–9 | 0.000097 | 99,359 | 10 | 99,355 | 7,315,098 | 73.6 |
| 9–10 | 0.000092 | 99,350 | 9 | 99,345 | 7,215,744 | 72.6 |
| 10–11 | 0.000092 | 99,341 | 9 | 99,336 | 7,116,398 | 71.6 |
| 11–12 | 0.000098 | 99,331 | 10 | 99,327 | 7,017,062 | 70.6 |
| 12–13 | 0.000113 | 99,322 | 11 | 99,316 | 6,917,736 | 69.6 |
| 13–14 | 0.000138 | 99,311 | 14 | 99,304 | 6,818,420 | 68.7 |
| 14–15 | 0.000172 | 99,297 | 17 | 99,288 | 6,719,116 | 67.7 |
| 15–16 | 0.000210 | 99,280 | 21 | 99,269 | 6,619,828 | 66.7 |
| 16–17 | 0.000250 | 99,259 | 25 | 99,247 | 6,520,559 | 65.7 |
| 17–18 | 0.000293 | 99,234 | 29 | 99,220 | 6,421,312 | 64.7 |
| 18–19 | 0.000336 | 99,205 | 33 | 99,188 | 6,322,092 | 63.7 |
| 19–20 | 0.000379 | 99,172 | 38 | 99,153 | 6,222,904 | 62.7 |
| 20–21 | 0.000424 | 99,134 | 42 | 99,113 | 6,123,751 | 61.8 |
| 21–22 | 0.000471 | 99,092 | 47 | 99,069 | 6,024,638 | 60.8 |
| 22–23 | 0.000513 | 99,045 | 51 | 99,020 | 5,925,569 | 59.8 |
| 23–24 | 0.000550 | 98,995 | 54 | 98,967 | 5,826,549 | 58.9 |
| 24–25 | 0.000583 | 98,940 | 58 | 98,911 | 5,727,582 | 57.9 |
| 25–26 | 0.000613 | 98,883 | 61 | 98,852 | 5,628,670 | 56.9 |
| 26–27 | 0.000646 | 98,822 | 64 | 98,790 | 5,529,818 | 56.0 |
| 27–28 | 0.000682 | 98,758 | 67 | 98,724 | 5,431,028 | 55.0 |
| 28–29 | 0.000724 | 98,691 | 72 | 98,655 | 5,332,304 | 54.0 |
| 29–30 | 0.000774 | 98,619 | 76 | 98,581 | 5,233,649 | 53.1 |
| 30–31 | 0.000828 | 98,543 | 82 | 98,502 | 5,135,068 | 52.1 |
| 31–32 | 0.000885 | 98,461 | 87 | 98,418 | 5,036,566 | 51.2 |
| 32–33 | 0.000940 | 98,374 | 92 | 98,328 | 4,938,148 | 50.2 |
| 33–34 | 0.000989 | 98,282 | 97 | 98,233 | 4,839,820 | 49.2 |
| 34–35 | 0.001036 | 98,185 | 102 | 98,134 | 4,741,587 | 48.3 |
| 35–36 | 0.001087 | 98,083 | 107 | 98,030 | 4,643,453 | 47.3 |
| 36–37 | 0.001144 | 97,976 | 112 | 97,920 | 4,545,423 | 46.4 |
| 37–38 | 0.001203 | 97,864 | 118 | 97,805 | 4,447,503 | 45.4 |
| 38–39 | 0.001264 | 97,746 | 124 | 97,685 | 4,349,698 | 44.5 |
| 39–40 | 0.001332 | 97,623 | 130 | 97,558 | 4,252,013 | 43.6 |
| 40–41 | 0.001414 | 97,493 | 138 | 97,424 | 4,154,455 | 42.6 |
| 41–42 | 0.001513 | 97,355 | 147 | 97,281 | 4,057,031 | 41.7 |
| 42–43 | 0.001626 | 97,208 | 158 | 97,129 | 3,959,750 | 40.7 |
| 43–44 | 0.001750 | 97,050 | 170 | 96,965 | 3,862,621 | 39.8 |
| 44–45 | 0.001883 | 96,880 | 182 | 96,788 | 3,765,657 | 38.9 |
| 45–46 | 0.002025 | 96,697 | 196 | 96,599 | 3,668,868 | 37.9 |
| 46–47 | 0.002183 | 96,501 | 211 | 96,396 | 3,572,269 | 37.0 |
| 47–48 | 0.002366 | 96,291 | 228 | 96,177 | 3,475,873 | 36.1 |
| 48–49 | 0.002584 | 96,063 | 248 | 95,939 | 3,379,696 | 35.2 |
| 49–50 | 0.002836 | 95,815 | 272 | 95,679 | 3,283,757 | 34.3 |
| 50–51 | 0.003105 | 95,543 | 297 | 95,395 | 3,188,078 | 33.4 |
| 51–52 | 0.003391 | 95,246 | 323 | 95,085 | 3,092,683 | 32.5 |
| 52–53 | 0.003711 | 94,923 | 352 | 94,747 | 2,997,598 | 31.6 |
| 53–54 | 0.004066 | 94,571 | 385 | 94,379 | 2,902,851 | 30.7 |
| 54–55 | 0.004441 | 94,187 | 418 | 93,977 | 2,808,472 | 29.8 |
| 55–56 | 0.004829 | 93,768 | 453 | 93,542 | 2,714,495 | 28.9 |
| 56–57 | 0.005221 | 93,315 | 487 | 93,072 | 2,620,953 | 28.1 |
| 57–58 | 0.005613 | 92,828 | 521 | 92,568 | 2,527,881 | 27.2 |
| 58–59 | 0.006011 | 92,307 | 555 | 92,030 | 2,435,313 | 26.4 |
| 59–60 | 0.006429 | 91,752 | 590 | 91,457 | 2,343,284 | 25.5 |
| 60–61 | 0.006880 | 91,162 | 627 | 90,849 | 2,251,826 | 24.7 |

## Table 3. Life table for females: United States, 2017—Con.

*Spreadsheet version available from: https://ftp.cdc.gov/pub/Health_Statistics/NCHS/Publications/NVSR/68_07/Table03.xlsx.*

| Age (years) | Probability of dying between ages $x$ and $x+1$ $q_x$ | Number surviving to age $x$ $l_x$ | Number dying between ages $x$ and $x+1$ $d_x$ | Person-years lived between ages $x$ and $x+1$ $L_x$ | Total number of person-years lived above age $x$ $T_x$ | Expectation of life at age $x$ $e_x$ |
|---|---|---|---|---|---|---|
| 61–62 | 0.007371 | 90,535 | 667 | 90,202 | 2,160,977 | 23.9 |
| 62–63 | 0.007903 | 89,868 | 710 | 89,513 | 2,070,776 | 23.0 |
| 63–64 | 0.008481 | 89,158 | 756 | 88,780 | 1,981,263 | 22.2 |
| 64–65 | 0.009111 | 88,401 | 805 | 87,999 | 1,892,484 | 21.4 |
| 65–66 | 0.009793 | 87,596 | 858 | 87,167 | 1,804,485 | 20.6 |
| 66–67 | 0.010568 | 86,738 | 917 | 86,280 | 1,717,318 | 19.8 |
| 67–68 | 0.011436 | 85,822 | 981 | 85,331 | 1,631,038 | 19.0 |
| 68–69 | 0.012474 | 84,840 | 1,058 | 84,311 | 1,545,707 | 18.2 |
| 69–70 | 0.013659 | 83,782 | 1,144 | 83,210 | 1,461,396 | 17.4 |
| 70–71 | 0.014881 | 82,637 | 1,230 | 82,023 | 1,378,187 | 16.7 |
| 71–72 | 0.016529 | 81,408 | 1,346 | 80,735 | 1,296,164 | 15.9 |
| 72–73 | 0.018210 | 80,062 | 1,458 | 79,333 | 1,215,429 | 15.2 |
| 73–74 | 0.020011 | 78,604 | 1,573 | 77,818 | 1,136,096 | 14.5 |
| 74–75 | 0.021903 | 77,031 | 1,687 | 76,188 | 1,058,278 | 13.7 |
| 75–76 | 0.024322 | 75,344 | 1,833 | 74,428 | 982,091 | 13.0 |
| 76–77 | 0.026899 | 73,511 | 1,977 | 72,523 | 907,663 | 12.3 |
| 77–78 | 0.029886 | 71,534 | 2,138 | 70,465 | 835,141 | 11.7 |
| 78–79 | 0.033413 | 69,396 | 2,319 | 68,237 | 764,675 | 11.0 |
| 79–80 | 0.037065 | 67,078 | 2,486 | 65,834 | 696,439 | 10.4 |
| 80–81 | 0.041478 | 64,591 | 2,679 | 63,252 | 630,604 | 9.8 |
| 81–82 | 0.046150 | 61,912 | 2,857 | 60,484 | 567,352 | 9.2 |
| 82–83 | 0.051681 | 59,055 | 3,052 | 57,529 | 506,869 | 8.6 |
| 83–84 | 0.058587 | 56,003 | 3,281 | 54,362 | 449,340 | 8.0 |
| 84–85 | 0.065586 | 52,722 | 3,458 | 50,993 | 394,978 | 7.5 |
| 85–86 | 0.072855 | 49,264 | 3,589 | 47,469 | 343,985 | 7.0 |
| 86–87 | 0.081115 | 45,675 | 3,705 | 43,822 | 296,515 | 6.5 |
| 87–88 | 0.091618 | 41,970 | 3,845 | 40,047 | 252,693 | 6.0 |
| 88–89 | 0.103241 | 38,125 | 3,936 | 36,157 | 212,645 | 5.6 |
| 89–90 | 0.116041 | 34,189 | 3,967 | 32,205 | 176,488 | 5.2 |
| 90–91 | 0.130061 | 30,222 | 3,931 | 28,256 | 144,283 | 4.8 |
| 91–92 | 0.145329 | 26,291 | 3,821 | 24,380 | 116,027 | 4.4 |
| 92–93 | 0.161848 | 22,470 | 3,637 | 20,652 | 91,647 | 4.1 |
| 93–94 | 0.179598 | 18,833 | 3,382 | 17,142 | 70,995 | 3.8 |
| 94–95 | 0.198530 | 15,451 | 3,067 | 13,917 | 53,853 | 3.5 |
| 95–96 | 0.218561 | 12,383 | 2,707 | 11,030 | 39,936 | 3.2 |
| 96–97 | 0.239579 | 9,677 | 2,318 | 8,518 | 28,906 | 3.0 |
| 97–98 | 0.261439 | 7,359 | 1,924 | 6,397 | 20,388 | 2.8 |
| 98–99 | 0.283967 | 5,435 | 1,543 | 4,663 | 13,991 | 2.6 |
| 99–100 | 0.306967 | 3,891 | 1,195 | 3,294 | 9,328 | 2.4 |
| 100 and over | 1.000000 | 2,697 | 2,697 | 6,034 | 6,034 | 2.2 |

SOURCE: NCHS, National Vital Statistics System, Mortality.

**Page 1**

```
          UNITED STATES DISTRICT COURT
             DISTRICT OF MINNESOTA

- - - - - - - - - - - - - - - - - - - -
William O. Evans, Jr., as Trustee
for the Heirs and Next-of-kin for
Benjamin Evans,

         Plaintiff,

     vs.                    Case No. 20-cv-2474
                                  (MJD-ECW)
Brian Jeffrey Krook, et al,

         Defendants.
- - - - - - - - - - - - - - - - - - - -




         DEPOSITION OF KIMBERLY HARRELL PORTER,
taken pursuant to notice of deposition, and taken
before Candace A. Kolehma, a Registered Professional
Reporter and Notary Public in and for the County of
Ramsey, State of Minnesota, at 8519 Eagle Point
Boulevard, Lake Elmo, Minnesota, on September 8,
2021, commencing at 10:52 a.m.
```

**Page 2**

                I N D E X
                                          PAGE
EXAMINATION BY MR. FLYNN                   3

OBJECTIONS                                86

EXHIBIT 26 (unemployment emails)          26
EXHIBIT 27 (list of physicians)           50
EXHIBIT 28 (petition for conservator)     66
EXHIBIT 29 (checks to Stevie Legate)      75
EXHIBIT 30 (photos)                       80
EXHIBIT 31 (messages)                     87
EXHIBIT 32 (scribbles)                   100
EXHIBIT 33 (credit card statements)      101
EXHIBIT 34 (investigation rep/toxicology) 105

REQUESTS                  49,60,61,68,95,102

APPEARANCES:
      ELHAM B. HADDON and PETER C. SANDBERG, Attorneys at Law, SANDBERG PERSONAL INJURY LAW, 4057 28th Street NW, Suite 300, Rochester, Minnesota 55901, appeared representing the Plaintiff.
      JOSEPH E. FLYNN and REGINALD SNELL,

**Page 3**

Attorneys at Law, JARDINE, LOGAN & O'BRIEN, 8519 Eagle Point Boulevard, Suite 100, Lake Elmo, Minnesota 55042, appeared representing the Defendants.

      Also present: Deanne Wavra, paralegal, Jardine, Logan & O'Brien, and William Evans, Jr.

                    - - -

      NOTE: The original deposition transcript will be filed with Attorney Flynn as the taking party, pursuant to Rule 30.06 as revised July 1, 1985.

                    - - -

      WHEREUPON, the following proceedings were duly had:
      KIMBERLY HARRELL PORTER,
A Witness in the above-entitled proceeding, after having been first duly sworn, testified under oath as follows:
                EXAMINATION
BY MR. FLYNN:
Q. Could you please state your name for the record, full name.
A. Kimberly Harrell Porter.

**Page 4**

Q. Could you spell your middle name?
A. My maiden name. H-A-R-R-E-L-L.
Q. And is it a hyphen?
A. No.
Q. Middle name Harrell, last name Porter.
   P-O-R-T-E-R.
A. Yes.
Q. And what is your date of birth?
A. [redacted] 1965.
Q. As I'm sure you know, I'm Joe Flynn. I represent the defendants in your lawsuit.
   First of all, I'd like to say I'm sorry for the loss of your son.
A. Thank you.
Q. And have you -- like I told your husband, I'm going to be asking you a lot of questions today. Some of them are not going to be easy. It helps if you just focus on the question and answer the question rather than -- I know there's certain things you want to say, but just stick to the questions. It will go lots faster.
A. Okay.
Q. And have you ever given a deposition before?
A. I have not.
Q. Have you ever been a party to a lawsuit before?

**EXHIBIT 7**

### Page 9

1  Q. And why did you leave nursing?
2  A. For a remote position that I could not get, and
3     after 25 years of working shift work, holidays,
4     weekends, I felt I deserved to progress on to
5     working from home.
6  Q. Okay. Going back to those addresses, which of
7     those addresses did Ben live with you at?
8  A. 13040 Narbonne was our first house after Bill
9     and I divorced. And then on Mason Manor. And
10    then Dartagnan. That's where he graduated from
11    high school, living in that house.
12 Q. Has Ben lived with you since he graduated from
13    high school?
14 A. I don't believe so. I think we moved him into
15    an apartment about two miles from my house, his
16    first apartment living independently. And no,
17    he has not. From there, he moved to a second
18    apartment. And essentially on to -- I had
19    provided the attorneys with all the addresses
20    that I was able to go through my files and come
21    up with all the addresses over that ten-year
22    course, which I'm sure you have a copy of.
23 Q. Yeah, I do.
24 A. But I don't have that on my mind.
25 Q. Yeah.

### Page 10

1  A. But yes.
2  Q. Did Ben move into an apartment before he
3     graduated from high school?
4  A. No.
5  Q. It was shortly after he graduated?
6  A. Yes.
7  Q. Did he support himself financially or did you
8     assist him, you or your husband assist him?
9  A. I would have to say it was probably... most of
10    the income, I believe, was his. He worked from
11    a very young age and he was working when he
12    moved into the apartment.
13 Q. Where was he working?
14 A. He had a job with Abbott ambulance. He had a
15    very brief job selling Cutco knives and
16    Haberstroh Insurance. He had got his insurance
17    license. But his passion was not sales. It was
18    serving his community, so he was much more
19    focused on the ambulance service with Abbott.
20    He also worked with a company -- I believe it
21    was called AccuCare, where he was assigned to
22    Busch Stadium during St. Louis Cardinals games.
23    Or to our ice rink during Blues games, to be EMS
24    support.
25 Q. What year did Ben graduate from high school?

### Page 11

1  A. 2013.
2  Q. And at the time he first moved that apartment,
3     where was he employed?
4  A. He got his EMT license when he was 17. He was a
5     sophomore in high school. He was working for
6     the ambulance service in -- sorry. When he was
7     18. He was born in 1994.
8  Q. So he was working for --
9  A. He was working for the ambulance service, I
10    believe, before his high school graduation or
11    at -- actually, he had to be 18 years old to
12    take his EMT test in the state of Missouri, so
13    as soon as he got his EMT license he started
14    working. I believe it was before graduation.
15 Q. The dates I show for Abbott are September 1,
16    2015, through June 8, 2017. That's two years
17    after graduation.
18         MS. HADDON: Where do you get those
19    dates from?
20         MR. FLYNN: You got me. Your exhibit
21    you gave us, Plaintiff 317.
22         MS. HADDON: Which one is Plaintiff
23    317.
24         MR. FLYNN: I don't know.
25         MS. HADDON: His actual employment

### Page 12

1     records?
2          MR. FLYNN: I have no idea. I'm just
3     looking at notes. I thought she'd know the
4     history.
5          MS. HADDON: Well, I don't know the
6     dates off the top of my head.
7          (Discussion held off the record.)
8  BY MR. FLYNN:
9  Q. I'm showing you what's been marked as Exhibit 6.
10    It appears to be in Ben's writing and it
11    shows -- if you see -- if you look on the second
12    page of that document, employment experience.
13    He writes that he started at Abbott EMS in
14    September of 2015.
15        Do you see that?
16 A. I see start date 09/2016.
17 Q. You're looking at -- upper left. Sorry.
18 A. Fire department -- 09 of '15. Yes.
19 Q. Okay. So would you -- you indicated previously
20    it was 2013.
21        Would you agree now it was actually 2015?
22 A. I don't recall.
23 Q. Okay.
24 A. I know that he became an EMT when he was 17 and
25    I remember he started having EMS jobs as soon as

13

1 he passed his EMS Missouri and national
2 registry.
3 Q. So where was -- he was getting his EMT schooling
4 while he was in high school?
5 A. That's correct. He was young.
6 Q. When did he do that?
7 A. When he was 17. He graduated from high school
8 when he was 18. So probably 2012. All I know
9 is that he was 17 years old and too young to
10 take the EMT test until he was 18.
11 Q. So as you sit here today, you don't recall --
12 A. I do not.
13 Q. -- where he was working when he left high
14 school?
15 A. Well, like I said, he had multiple jobs. He was
16 selling Cutco knives. He was working at
17 Haberstroh.
18 Q. What's Haberstroh?
19 A. That's an insurance company.
20 Q. What did --
21 A. I don't recall. All I know is he worked for
22 that company and got his insurance license.
23 H-A-B-E-R-S-T-R-O-H, I believe, but I'm not
24 certain.
25 Q. What years did he work for that company?

14

1 A. I do not know.
2 Q. Was he full time?
3 A. No. It was just a part-time short stint.
4 Q. What did he do there?
5 A. I don't know. He sold insurance. He got an
6 insurance license to sell insurance. I don't
7 recall.
8 Q. Do you recall when that was relative to -- I
9 mean, do you have any idea when that was or how
10 long?
11 A. I would have simply said following graduation
12 from high school.
13 Q. Well, that's a pretty big window, though.
14 A. Graduated in 2013. So I would say after 2013.
15 It wasn't a lucrative business. It didn't earn
16 him income to support himself.
17 Q. Okay.
18 A. I really did not know when he started at Abbott.
19 It's not anything that I retained in my memory.
20 Q. Okay. But is it your recollection that he --
21 well, you said he also worked at AccuCare Home
22 Services?
23 A. AccuCare is the name I knew it by. He had some
24 clothing that had the emblem on it and, yes, he
25 did, like, PRN work when they needed him to. He

15

1 would work shifts doing standby at events like
2 the St. Louis Cardinals and the Blues games.
3 Q. Okay. That was from AccuCare?
4 A. Correct. But he also was working for AccuCare
5 at the same time he was working for Abbott.
6 They didn't start together. They weren't
7 associated with one another. Many of the EMTs
8 worked both jobs.
9 Q. All right. I show his earnings at 2015 from
10 AccuCare as $1,135, and 2016, $82.
11 Do you have any reason to think those are
12 inaccurate?
13 A. I never saw his paycheck stubs. I don't know.
14 Q. Okay. And did he work for CPR-N-MORE?
15 A. That's a company that my business partner and I
16 started. He was a CPR instructor for us from --
17 I don't recall the dates of that, either. I
18 would have to have my records in front of me. I
19 don't know. But he was a CPR instructor for us
20 for many years.
21 Q. If it's your company, I assume you would retain
22 all of the records concerning his wages there;
23 correct?
24 A. Correct.
25 Q. I don't believe we have any of those.

16

1         MS. HADDON: Because there was actually
2 nothing that was retained. There was nothing
3 that we were able to come up with. I think the
4 last thing I heard about that was that there
5 was --
6         THE WITNESS: I sold the company.
7         MS. HADDON: You sold the company and
8 the records were not retained for as long as for
9 the period when Ben was there.
10         MR. FLYNN: I'm confused. I thought
11 she said she would have the records.
12         MS. HADDON: That was simply an
13 explanation for why we didn't produce the
14 records.
15         MR. FLYNN: I appreciate it. I guess I
16 just don't -- it contradicts what she just
17 testified to. That's fine.
18 BY MR. FLYNN:
19 Q. So based on what your counsel just represented,
20 you, in fact, would not have access to his wage
21 records when he was employed at CPR-N-MORE?
22 A. I sold my company is an incorrect term. I gave
23 my company to my business partner after Ben was
24 murdered. I couldn't do two jobs, my nursing
25 job and run the business end CPR-N-MORE. I