# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

William O. Evans, Jr., as Trustee
for the Heirs and Next-of-kin for
Benjamin Evans,

              Plaintiff,

v.

Brian Jeffrey Krook, et al.,

              Defendants.

Case No.  20-cv-2474 (MJD-ECW)

**STATEMENT OF NO REDACTION**

The following exhibits to the Affidavit of Vicki A. Hruby (ECF No. 89) have been filed under seal in accordance with Local Rule 5.6(d):

**Exhibit  9  – Medical Record of Benjamin Evans - Page 4 of Wright City Fire With Volunteer Records (ECF No. 102)**

**Exhibit 10 -  Various Medical Records of Benjamin Evans - Pages from Athletico Records - (ECF No. 103)**

Dated: 1/28/2022        **JARDINE, LOGAN & O'BRIEN, P.L.L.P.**

By:  *s/ Vicki A. Hruby*
Joseph E. Flynn, #0165712
Vicki A. Hruby, # 0391163
8519 Eagle Point Boulevard, Suite 100
Lake Elmo, MN 55042-8624
Telephone: (651) 290-6500
Facsimile: (651) 223-5070
jflynn@jlolaw.com
vhruby@jlolaw.com

***Attorneys for Defendants***