UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| William O. Evans, Jr., as Trustee for the Heirs and Next-of-Kin for Benjamin Evans, Plaintiff<br><br>vs.<br><br>Brian Jeffery Krook, et al.,<br><br>Defendants | Case No: 0:20-cv-02474 MJD/ECW<br><br>**STATEMENT OF NO REDACTION** |

The following exhibits to the Affidavit of Elham B. Haddon (ECF No. 109) have been filed under seal in accordance with the Local Rule 5.6(d):

1. Exhibit 1 - Deposition Transcript of William Evans, Jr. (Excerpts).

2. Exhibit 2 - Deposition Transcript of Kim Harrell Porter (Excerpts).

Dated: February 8, 2022                **SANDBERG LAW FIRM**

By: *s/Elham B. Haddon*
Peter C. Sandberg, #095515
Elham B. Haddon, #0398698
Attorney for Plaintiff
4057 28th St. NW Suite 300
Rochester, MN 55901
Phone: (507) 282-3521
Fax: (507) 282-3532
psandberg@sandberg-law.com
ehaddon@sandberg-law.com