UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| William O. Evans, Jr., as Trustee for the Heirs and Next-of-kin for Benjamin Evans,<br><br>    Plaintiff,<br><br>v.<br><br>Brian Jeffrey Krook, et al.,<br><br>    Defendants. | Case No.  20-cv-2474 (MJD-ECW)<br><br><br>**NOTICE OF APPEAL** |

Pursuant to Fed. R. App. P. 3(c)(1) and 4(a), notice is hereby given that Defendant Brian Krook appeals from the Memorandum of Law and Order (Doc. 312), dated July 6, 2023, to the United States Court of Appeals for the Eighth Circuit. Defendant is appealing the portion of the Order denying Deputy Krook qualified immunity on Plaintiff's Fourth Amendment excessive force claim, which is the only surviving claim in this action.

Dated: July 31, 2023    **JARDINE, LOGAN & O'BRIEN, P.L.L.P.**

             By:  *s/ Vicki A. Hruby*
             Joseph E. Flynn, #0165712
             Vicki A. Hruby, # 0391163
             Jake Peden, #0400315
             8519 Eagle Point Boulevard, Suite 100
             Lake Elmo, MN 55042-8624
             Telephone: (651) 290-6500
             Facsimile: (651) 223-5070
             jflynn@jlolaw.com
             vhruby@jlolaw.com
             jpeden@jlolaw.com

             ***Attorneys for Defendant***